**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SEKIGUCHI CO., LTD.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-2808

Judge Rebecca R. Pallmeyer

Magistrate Judge Sunil R. Harjani

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 28 | breenca |
| 29 | cornemiu |
| 30 | Desertrose |
| 31 | fashionistas1698 |
| 32 | fashionstore08 |
| 33 | Ganlu1992 |
| 34 | localking |
| 35 | Loquat18 |
| 36 | luckyno |
| 37 | melontwo |
| 38 | mobiletoys |
| 39 | pro_watches_mfr |
| 40 | puddingstation |
| 41 | Watch_vip |
| 42 | xailiang |
| 57 | Ancient88 |
| 58 | Dhgateaccessories |
| 59 | Enchanting11 |
| 60 | Ferdimand |
| 61 | Giftsale |
| 62 | Growwin |
| 63 | Haydena |

| | |
|---|---|
| 64 | Herberta |
| 65 | Jingo |
| 66 | Linyicity |
| 67 | Nikita123 |
| 68 | Qiufenshuan |
| 69 | Shunshop |
| 70 | Stirringoa |
| 71 | Taihangshan |
| 72 | Weiyi18 |
| 209 | Blackpearljewelry |
| 210 | Cawholesale |
| 211 | Goodh1850 |
| 212 | Kingabcstore |
| 213 | Lovekun |
| 214 | Pineyin |
| 215 | Smile36 |
| 216 | Sunnysleepvip3 |
| 217 | Yaoyao63 |
| 218 | Z164568955 |
| 219 | Zhenlianghouse |

DATED: June 12, 2019

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 12, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*